IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY D. HILL, | : | |
| | : | Case No. 4:05-CV-1229 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EVELYN DERRICK, | : | |
| RICHARD SUTTON, | : | (Judge McClure) |
| JANE STUGART-OTTERBEIN, | : | |
| AND LORI CRESSMAN, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

March 9, 2006

**BACKGROUND:**

On June 20, 2005, plaintiff Jeffrey D. Hill commenced the instant litigation by filing a pro se complaint in the Middle District of Pennsylvania. The complaint arises out of plaintiff's banishment from the Muncy Public Library. On November 3, 2005, we granted defendants' motion to dismiss in part, but allowed plaintiff's section 1983 claims, liberally construed as alleging violations of the First and Fourteenth Amendments, to remain against defendants Derrick and Cressman. (Rec. Doc. No. 20.)

On January 9, 2006, Hill filed a motion for joinder of the Muncy Public

1

Library Board of Trustees and the Muncy Borough Council as defendants. (Rec. Doc. No. 39.) Hill did not file a brief in support. On January 10, 2006, we deemed several of Hill's other motions withdrawn for failure to file a brief in support pursuant to M.D. Pa. Local Rule 7.5. In that order we noted that although Hill was proceeding pro se, "Hill is an experienced litigator in the courts of Pennsylvania and this district and that he must adhere to the Federal Rules of Civil Procedure as well as the Middle District of Pennsylvania's Local Rules." (Rec. Doc. No. 40, at 2.) Even after the issuance of that order, Hill did not file a brief in support of his motion for joinder of the additional defendants. Nearly two months have since passed.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

Hill's motion for joinder of the Muncy Public Library Board of Trustees and the Muncy Borough Council (Rec. Doc. No. 39) is deemed withdrawn for failure to file a brief in support pursuant to M.D. Pa. Local Rule 7.5.

    s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge